**In re CATHERINE T.**

Supreme Judicial Court of Maine.

Argued Sept. 4, 1987.
Decided Nov. 30, 1987.

Susan Hawkes (orally), Augusta, for plaintiff.

James E. Tierney, Atty. Gen., James Mitchell and Mary B. Najarian, Asst. Attys. Gen. (orally), for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The mother of Catherine T. appeals from the judgment of the District Court, Augusta, terminating her parental rights pursuant to 22 M.R.S.A. § 4055 (Supp.1986), contending the evidence was insufficient to support the court's findings. After careful review of the record, we conclude the court's findings were supported by clear and convincing evidence. *See In re Chesley B.,* 499 A.2d 137, 138–39 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.